*Tuesday, September 20, 1994*

## MOTION DOCKET

**94–1517.** Cleveland Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision. Board of Tax Appeals, Nos. 92–H–630, 92–H–631 and 92–H–632. On motion to consolidate with 94–1690, *First Union Real Estate Equity & Mtge. Investments v. Cuyahoga Cty. Bd. of Revision,* Board of Tax Appeals, Nos. 93–J–724, 93–J–725 and 93–J–764. Motion granted.

*Wednesday, September 21, 1994*

## MOTION DOCKET

**92–2302.** Hamilton v. Ohio Sav. Bank. *Cuyahoga County,* No. 61908. This cause came on for further consideration upon appellants' motion to tax as costs. Upon consideration thereof,

IT IS ORDERED by the court that, inasmuch as appellants have failed to comply with S.Ct.Prac.R. VII(6), the motion to tax as costs be, and is hereby, denied, effective September 20, 1994.

**93–1025.** E. Cleveland v. E. Cleveland Firefighters Local 500, I.A.F.F. *Cuyahoga County,* No. 61942. This cause came on for further consideration upon appellant's motion to tax as costs. Upon consideration thereof,

IT IS ORDERED by the court that, inasmuch as appellant has failed to comply with S.Ct.Prac.R. VII(6), the motion to tax as costs be, and is hereby, denied, effective September 20, 1994.

## MISCELLANEOUS DISMISSALS

**94–33.** In re Adoption of Deems. *Crawford County,* No. 3–93–12. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Appellant filed a notice of appeal on January 5, 1994. This court denied appellant's motion for leave to file memorandum in support of jurisdiction instanter on March 30, 1994 and denied appellant's motion for reconsideration of this court's denial of the motion for leave to file instanter on May 4, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and has therefore failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective September 20, 1994.

**94–59.** Laguta v. Ohio Adult Parole Auth. *Richland County,* No. 93CA102. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Appellant filed a notice of appeal on January 10, 1994. This court denied appellant's motion for leave to file memorandum in support of jurisdiction instanter on May 4, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and has therefore failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective September 20, 1994.